Eldridge, Executor of Eldridge, *against* Rogers.

22d of *December,* 1825.—THE Chief Justice delivered the opinion of the Court.

This was an action against the executor of the drawer of a bill of exchange. The evidence on the trial shewed that the demand of payment was not made of the acceptor of the bill until about twenty days after its maturity.

The Court charged the Jury that due diligence in making the demand was a matter of fact for their determination, and that if the demand was made within a reasonable time, they must find a verdict for the plaintiff.

The case of *Brahan* and *Atwood* against *Ragland,* (*a*),

has been relied on for the defendant in Error. In that case it was held that the time when notice of non-payment should be given to the endorser, was a question of fact dependent on a variety of circumstances to be determined by the Jury. But it was not decided that the time when demand of payment should be made of the acceptor of a bill, or maker of a note, was a question of fact.

We conceive that the law is well settled that the demand must be made of the acceptor of the bill within the three first days after its maturity, and notice of non-payment given or sent to the endorser within a reasonable time thereafter; and are unanimously of opinion that the judgment must be reversed.

Judge *Ellis* having presided on the trial in the Circuit Court, and Judge *Minor* having been of Counsel, did not sit.

*Hopkins,* for plaintiff.

*Hutchinson* and *Urquhart,* for defendant in Error.

The new election of Judges, acording to Ar. 5, Sec. 3, of the Constitution, was made on 27th of *December,* 1825. Judges *Ellis* and *Minor* were not members of the Court at the decision of any case reported after this.